RENO FERNANDEZ (SBN 251934)
1001 Madison Street
Benicia, CA  94510
(415) 494-7284
reno@highercourt.us

Counsel for Debtor in Possession,
The Palace at Washington Square LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

THE PALACE AT WASHINGTON SQUARE LLC, a California corporation,

Debtor.

Case No. 23-30519-DM-11

Chapter 11, Subchapter V

**DEBTOR'S OPPOSITION TO MECHANICS BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Date: September 14, 2023
Time: 9:30 am
Place: By video via Zoom or by telephone via AT&T conference call

Honorable Dennis Montali

COMES NOW THE PALACE AT WASHINGTON SQUARE LLC, Debtor in Possession herein (the "Debtor" or "TPAWS"), opposing Mechanics Bank's Motion (A) for Relief from the Automatic Stay to Proceed with State Court Litigation filed on August 11, 2023 (Docket No. 21); and (B) for Annulment of the Automatic Stay Effective as of July 31, 2023, and respectfully represents as follows:

1. The within case…

2. The Motion requests relief from the automatic stay to permit an award of attorney's fees to be entered in a state-court proceeding in the amount of $645,271.21.

3. Relief from the automatic stay is unnecessary because the claim of Mechanics Bank is not disputed.  On its Schedule E/F, the Debtor lists a claim in the amount of $645,271.21 in favor

1

MOTION FOR AUTHORITY TO REJECT AUTOMOBILE LEASE
Case: 23-30519    Doc# 33    Filed: 09/09/23    Entered: 09/09/23 12:15:59    Page 1 of 2

of Mechanics Bank (among other claims), which claim is not marked as disputed, unliquidated, or contingent.

4. For the same reason, there are no grounds for annulling the automatic stay. Allowing the award to be entered would be duplicative of Mechanics Bank's undisputed claim. To the extent that entry of the award would do anything more than fix the claim amount, such additional relief should be barred by the automatic stay as it would interfere with the Court's exclusive power to manage claims.

Dated: September 9, 2023

*/s/ Reno Fernandez*
Reno Fernandez
Counsel for Debtor in Possession,
The Palace at Washington Square LLC

2

MOTION FOR AUTHORITY TO REJECT AUTOMOBILE LEASE
Case: 23-30519   Doc# 33   Filed: 09/09/23   Entered: 09/09/23 12:15:59   Page 2 of 2